IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 09-cv-02110-MSK-CBS

GLASS AMERICA MIDWEST INC., a Delaware corporation,

        Plaintiff,

v.

AUTOGLASS AMERICA, LLC, a Delaware limited liability company,

        Defendant.

## ORDER SETTING LAW AND MOTION HEARING
## WITH REGARD TO MOTION FOR PRELIMINARY INJUNCTION

**THIS MATTER** comes before the Court pursuant to the Plaintiffs' Motion for Preliminary Injunction (#2), the Response (#15) and Reply (#18).

The Court will conduct a **non-evidentiary** hearing on **October 29, 2009,** at **9:00 a.m.** to address the above-referenced motion. At this hearing, the parties should be prepared to address the following issues: (i) whether an evidentiary hearing is necessary on the Motion for Preliminary Injunction; (ii) if so, how much time is necessary to conduct the hearing; (iii) when the hearing should be held; (iv) what discovery is contemplated, and when the parties anticipate conducting such discovery; and (v) whether, pursuant to Fed. R. Civ. P. 65(a)(2), trial on the merits of the claim in the Complaint should be advanced and consolidated with the hearing on the Motion for Preliminary Injunction.

Counsel may appear at this hearing by telephone. To appear telephonically, counsel and any *pro se* parties shall contact the Courtroom Deputy at **303-335-2185** no later than two court days before the hearing to make arrangements.

DATED this 20th day of October, 2009.

BY THE COURT:

Marcia S. Krieger
United States District Judge