### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLORADO
### Magistrate Judge Craig B. Shaffer

| | |
|---|---|
| **Civil Action No.:** 09-cv-02110-MSK-CBS | **FTR** - Reporter Deck - Courtroom A402 |
| **Date:** December 17, 2009 | **Courtroom Deputy:** Linda Kahoe |

GLASS AMERICA MIDWEST INC.,              Craig Justin Albert

    Plaintiff,

    v.

AUTOGLASS AMERICA, LLC.,                 Thomas J. Kimmell

    Defendant.

### COURTROOM MINUTES/MINUTE ORDER

**HEARING:   MOTION HEARING**
**Court in session:        2:29 p.m.**
Court calls case.  Appearances of counsel.

Discussion regarding Unopposed Motion to Approve Confidentiality Agreement and Order, doc #[26], filed 12/7/2009.  The court notes deficiencies in the Agreement.

Discussion regarding Plaintiff's Unopposed Motion for Extension of Time, doc #[29], filed 12/14/2009.  The court refers to Judge Krieger's Practice Standards.

Counsel state the parties are in the process of drafting a settlement agreement.  The court requests that counsel notify the court immediately if a settlement is reached.

For the reasons as stated on the record, it is:

**ORDERED**:   Unopposed Motion to Approve Confidentiality Agreement and Order, doc #[26], is **DENIED WITHOUT PREJUDICE**.  The parties may file a new Motion if appropriate.

HEARING CONCLUDED.

**Court in recess**:        2:43 p.m.
Total time in court:    00:14

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.