# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
## Magistrate Judge Craig B. Shaffer

| | |
|---|---|
| Civil Action No.: 09-cv-02110-MSK-CBS | FTR - Reporter Deck - Courtroom A402 |
| Date: March 10, 2010 | Courtroom Deputy: Linda Kahoe |

| | |
|---|---|
| GLASS AMERICA MIDWEST INC., | Craig Justin Albert |
| Plaintiff, | |
| v. | |
| AUTOGLASS AMERICA, LLC, | Thomas J. Kimmell |
| Defendant. | |

## COURTROOM MINUTES/MINUTE ORDER

**HEARING: TELEPHONIC MOTION HEARING**
**Court in session:** 8:57 a.m.
Court calls case. Appearances of counsel.

Discussion regarding Stipulated Motion for Entry of Order Accepting Settlement, doc #[33], filed 2/26/2010.

The court cites relevant case law.

The court suggests that the parties withdraw the Stipulated Motion for Entry of Order Accepting Settlement, doc #[33], and to file a traditional Stipulated Motion to Dismiss.

HEARING CONCLUDED.

**Court in recess**: 9:06 a.m.
Total time in court: 00:09

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.